DENNIS M. GONZALES, State Bar No. 59414
RAYMOND W. SAKAI, State Bar No. 193507
MATTHEW P. ALLEN, State Bar No. 265118
Matthew.allen@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles and Deputy David W. Salazar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA GUTIERREZ; and DIONICIO GUTIERREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; DEPUTY DAVID W. SALAZAR, an individual; DEPUTY JOSEPH J. MESA, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-07608 PSG (AJWx)<br><br>Honorable Philip S. Gutierrez<br><br>**DEFENDANTS' NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS**<br><br>Trial: September 24, 2013<br>Time: 9:00 a.m.<br>Crtm: 880 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 24, 2013, Defendants County of Los Angeles and Deputy David W. Salazar will lodge certified copies of the following deposition transcripts to be used at trial:

///

///

1

1. Eva Gutierrez, taken on December 29, 2011; and
2. Dionicio Gutierrez, taken on December 29, 2011.

Dated:  September 24, 2013            LAWRENCE BEACH ALLEN & CHOI, PC


By ____/s/  Matthew P. Allen_____
    Matthew P. Allen
    Attorneys for Defendants
    County of Los Angeles and
    Deputy David W. Salazar