DALE K. GALIPO, Esq., Bar No. 144074
MELANIE T. PARTOW, Esq., Bar No. 254843
Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118
dalekgalipo@yahoo.com
mpartow@galipolaw.com

E-FILED 11/18/13

JS-6

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA EVA GUTIERREZ, individually and as successor in interest to EFRAIN LARA GUTIERREZ; and DIONICIO GUTIERREZ, individually and as successor in interest to EFRAIN LARA GUTIERREZ,<br><br>    *Plaintiffs*,<br>    vs.<br><br>COUNTY OF LOS ANGELES; DEPUTY DAVID W. SALAZAR, an individual,<br><br>    *Defendants*. | **Case No. CV10-7608 PSG (AJWx)**<br><br>*[Honorable, Philip S. Gutierrez]*<br><br>**[PROPOSED] JUDGMENT** |

# [~~PROPOSED~~] JUDGMENT

This action came on regularly for trial on September 24, 2013 in Courtroom 880 of the United States District Court, Central District of California, Honorable Philip S. Gutierrez, presiding. Plaintiffs, Maria Gutierrez and Dionicio Gutierrez were represented by attorney Dale K. Galipo and Melanie T. Partow of the Law Offices of Dale K. Galipo. Defendants County of Los Angeles and David Salazar were represented by Dennis Gonzales and Raymond Sakai of Lawrence Beach Allen & Choi, PC.

A jury of eight persons was regularly empanelled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

QUESTION 1:

Did Deputy Salazar use excessive or unreasonable force against Efrain Lara Gutierrez?

____X____ YES    _____ NO

QUESTION 2:

What are the decedent's damages?

Efrain Lara Gutierrez    $ 500,000.00

QUESTION 3:

What are the Plaintiffs' damages resulting from the death of their son, Efrain Lara Gutierrez?

Maria Gutierrez       $750,000.00
Dionicio Gutierrez    $750,000.00

IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

1. Judgment in the sum of $500,000.00 plus costs, interest and attorneys' fees is entered against Defendant David Salazar in favor of Plaintiffs Maria Eva Gutierrez and Dionicio Lara Gutierrez.

2. Judgment in the sum of $1,500,000.00 plus costs, interest and attorneys' fees is entered against Defendants David Salazar and County of Los Angeles in favor of Maria Eva Gutierrez and Dionicio Lara Gutierrez.

3. The total judgment in favor of the plaintiffs is $2,000,000.00, plus costs, interest and attorneys' fees as prevailing parties at trial.

IT IS SO ORDERED.

Dated: __11/18/13_____        _____
                                                            PHILIP S. GUTIERREZ

                                                            Honorable Philip S. Gutierrez
                                                            United States District Court
                                                           Central District of California